UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AMANDA U. LEVY,<br><br>       Plaintiff,<br>   v.<br>APPLE, INC.,<br><br>       Defendant.<br>_____/ | No. C 13-4143 MEJ<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), this matter is referred to the Honorable Donna M. Ryu for the purpose of considering whether it is related to the following case: *Amanda U. Levy v. Apple, Inc.*, C-13-2075 DMR.

**IT IS SO ORDERED.**

Dated: September 12, 2013

_____
Maria-Elena James
United States Magistrate Judge